# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**BRENDON ALAN McCORD,**

          **Plaintiff,**

       **v.**                        **Case No. 18-CV-1311**

**LT. JOHN DOES #1-2,**
**JOHN DOE #1, JANE DOE #2,**
**JOHN DOE #3, JANE DOE #4**

          **Defendants.**

---

# ORDER

---

Plaintiff Brendon Alan McCord, a prisoner at the Milwaukee County Jail who is representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights. On October 24, 2018, the court entered a screening order directing McCord to identify the Doe defendants within 60 days of the Milwaukee County Sheriff's office appearing in the case. (ECF No. 7.) The Sheriff's office appeared on November 14, 2018. (ECF No. 10.) As such, McCord was to identify the Doe defendants by January 14, 2019. The court notes that McCord sent a letter to Milwaukee County Jail requesting the identity of the Doe defendants on January 9. (ECF No. 14.) To date, McCord has not identified any Doe defendants.

McCord's failure to identify the Doe defendants suggests that he is no longer interested in prosecuting this case. The court will give McCord one final opportunity

to identify the Doe defendants or explain to the court the reason he is currently unable to identify them. If he does not do so by the **March 8, 2019**, the court will conclude that he does not want to prosecute the case and will dismiss the case without prejudice and without further notice to McCord. <u>See</u> Civil L.R. 41(c) ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action . . . the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.").

**IT IS THEREFORE ORDERED** that McCord shall either identify the Doe defendants or file a letter explaining why he is unable to do so by **March 12, 2019**. If the court does not hear from McCord by that date, it will dismiss this case based on his failure to diligently prosecute it.

Dated at Milwaukee, Wisconsin this 19th day of February, 2019.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge