# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRENDON ALAN McCORD,**

        **Plaintiff,**

    v.                                      Case No. 18-CV-1311

**LT. JOHN DOES #1-2,**
**JOHN DOE #1, JANE DOE #2,**
**JOHN DOE #3, JANE DOE #4,**

        **Defendants.**

# ORDER

On October 24, 2018, this court screened McCord's complaint and allowed him to proceed on Eighth Amendment and Fourteenth Amendment claims against several John/Jane Doe defendants who were lieutenants or correctional officers at Milwaukee County Jail. McCord was instructed to use discovery to identify the names of the officers and, once he identified them, to file a motion to substitute the real names for the Doe placeholders within 60 days after the Sherriff's attorney filed an appearance. McCord failed to do so, and this court issued an order on February 19, 2019, giving him until March 12, 2019, to file a motion to substitute the names for the Doe placeholders. McCord filed a motion to substitute names on March 8, 2019.

In his motion McCord identifies the following supervisors who were on duty between February 5 and February 8, 2018—the period when McCord was placed in

segregation allegedly without due process and allegedly subject to inhumane conditions: Lt. David Seel, Daniel Carroll, Pedro Ruiz, and Lt. Larry Johnson. He also identifies the following correctional officers who were on duty during this timeframe: Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, Gregory Walker, Benjamin Jackson, William Little, Andrew Hysnt, and Jeffrey Erickson.

McCord's motion to substitute the real names of the Doe defendants is **GRANTED** (ECF No. 16)**.** The Doe placeholders shall be replaced with the following individuals: Lt. David Seel, Daniel Carroll, Pedro Ruiz, Lt. Larry Johnson, Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, Gregory Walker, Benjamin Jackson, William Little, Andrew Hysnt, and Jeffrey Erickson. The clerk's office will update the docket to reflect this substitution.

**IT IS FURTHER ORDERED** that, under an informal service agreement between Milwaukee County and this court, the clerk's office will electronically send copies of McCord's complaint (ECF No. 1), the screening order (ECF No. 7), and this order to Milwaukee County for service on defendants Lt. David Seel, Daniel Carroll, Pedro Ruiz, Lt. Larry Johnson, Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, Gregory Walker, Benjamin Jackson, William Little, Andrew Hysnt, and Jeffrey Erickson.

**IT IS FURTHER ORDERED** that, under the informal service agreement between Milwaukee County and this court, defendants Lt. David Seel, Daniel Carroll, Pedro Ruiz, Lt. Larry Johnson, Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, Gregory Walker, Benjamin Jackson, William Little, Andrew Hysnt, and

Jeffrey Erickson file a pleading responding to the complaint within sixty days of receiving electronic notice of this order.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Milwaukee, Wisconsin this 26th day of March, 2019.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge