UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRENDON ALAN McCORD,

        Plaintiff,

        v.                                           Case No. 18-CV-1311

PEDRO RUIZ et al.,

        Defendant.

## ORDER

The parties have stipulated that Plaintiff Brendon Alan McCord's claims against defendants David Seel, Larry Johnson, Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, and Benjamin Jackson may be dismissed upon the merits and with prejudice, and without costs, fees, or disbursements. The parties state that these defendants were erroneously substituted for the John Doe placeholders in McCord's motion to substitute for the John Doe Defendants. All claims against defendants Pedro Ruiz, Daniel Carroll, Gregory Walker, William Little, Andrew Hynst, and Jeffrey Erickson shall remain.

**IT IS THEREFORE ORDERED** that defendants David Seel, Larry Johnson, Cary Keen, Phillip Overland, Joshua Mikulecky, Corin Jones, and Benjamin Jackson are **DISMISSED** from this case pursuant to a joint stipulation between the parties. Claims against defendants Pedro Ruiz, Daniel Carroll, Gregory Walker, William Little, Andrew Hynst, and Jeffrey Erickson shall remain.

Dated in Green Bay, Wisconsin this 25th day of February, 2020.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, District Judge
                                                    United States District Court